UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re: DENISE M. FADILI, <br>     Debtor. | ) <br> ) <br> ) <br> ) | Chapter 7: 04-10594-WCH |
| _____ | ) <br> ) <br> ) | |
| STEWART F. GROSSMAN, <br> Chapter 7 Trustee, <br>     Plaintiff | ) <br> ) <br> ) <br> ) | |
| v. | ) <br> ) | Adv. Pro.: 06-01101 |
| DAVID B. MADOFF, as Creditor Trustee <br> Under Confirmed Plan of Reorganization <br> Proposed by Mahoney Hawkes LLP, et al. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## ANSWER OF DEFENDANT EMMES CAPITAL LLC

The defendant Emmes Capital LLC ("Emmes") makes answer to the numbered paragraphs of the *Complaint to Avoid Liens and to Determine Status and Validity of Claims and Extent of Homestead Exemption* filed by the Chapter 7 Trustee Stewart F. Grossman as follows.

### Parties

1. Admitted.

2. Admitted, upon information and belief.

3. Admitted.

4. Admitted.

5. Admitted, upon information and belief.

6. Admitted, upon information and belief.

7. Admitted, upon information and belief.

BOST1-884198-1

8. Admitted, upon information and belief.

9. Admitted.

10. Admitted.

11. Admitted, upon information and belief.

## Jurisdiction

12. Admitted.

## Venue

13. Admitted.

## Statement of Facts

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted, upon information and belief.

19. Admitted, upon information and belief.

20. Admitted, upon information and belief.

21. Admitted.

22. Admitted.

23.(a) Admitted, upon information and belief.

(b) Admitted, upon information and belief.

(c) Admitted, upon information and belief.

(d) Admitted, upon information and belief.

(e) Admitted, upon information and belief.

    (f)   Admitted, upon information and belief.

    (g)   Admitted, upon information and belief.

    (h)   Admitted.

    (i)   Admitted, upon information and belief.

## **Count I**

24.    Emmes repeats and incorporates its answers to paragraphs 1-23 herein.

25.    Admitted, upon information and belief.

26.    Admitted, upon information and belief.

27.    Admitted.

28.    Admitted.

29.    Admitted.

30.    Admitted, upon information and belief.

31.    Admitted.

32.    Admitted.

## **Count II**

33.    Emmes repeats and incorporates its answers to paragraphs 1-32 herein.

34.    Admitted, upon information and belief.

35.    Admitted, upon information and belief.

36.    Admitted, upon information and belief.

37.    Admitted, upon information and belief.

38.    Admitted.

39.    Admitted.

40.    Admitted.

3

41. Admitted.

## Count III

42. Emmes repeats and incorporates its answers to paragraphs 1-41 herein.

43. Admitted, upon information and belief.

44. Admitted, upon information and belief.

45. Admitted, upon information and belief.

46. Admitted.

47. Admitted, upon information and belief.

48. Admitted

49. Admitted.

50. Admitted.

## Count IV

51. Emmes repeats and incorporates its answers to paragraphs 1-50 herein.

52. Admitted, upon information and belief.

53. Admitted,

54. Admitted

55. Admitted.

## Count V

56. Emmes repeats and incorporates its answers to paragraphs 1-55 herein.

57. Admitted, upon information and belief.

58. Admitted.

59. Admitted.

60. Admitted.

61. Admitted.

### Count VI

62. Emmes repeats and incorporates its answers to paragraphs 1-61 herein.

63. Admitted, upon information and belief.

64. Admitted, upon information and belief.

65. Admitted, upon information and belief.

66. Admitted.

67. Admitted.

### Count VII

68. Emmes repeats and incorporates its answers to paragraphs 1-67 herein.

69. Admitted, upon information and belief.

70. Admitted, upon information and belief.

71. Admitted, upon information and belief.

72. Admitted.

73. Admitted.

74. Admitted.

### Count VIII

75. Emmes repeats and incorporates its answers to paragraphs 1-74 herein.

76. Admitted.

77. Admitted.

78. Admitted.

79. Admitted.

80. Admitted that Emmes has a secured claim in the Surplus Proceeds to the extent of the value of its interest.

81. Admitted.

82. Admitted.

### Count IX

83. Emmes repeats and incorporates its answers to paragraphs 1-82 herein.

84. Admitted upon information and belief.

85. Admitted upon information and belief.

86. Admitted.

87. Admitted.

88. Admitted.

89. Admitted.

### Count X

90. Emmes repeats and incorporates its answers to paragraphs 1-89 herein.

91. Admitted.

92. Admitted upon information and belief.

93. Admitted.

94. Admitted.

WHEREFORE, Emmes prays that the Court will establish that it has a secured claim in the Surplus Proceeds being held by the Trustee.

6

        Defendant, **EMMES CAPITAL LLC**
        By its attorneys
        **Robinson & Cole LLP**


/s/ Clive D. Martin
Clive D. Martin BBO#545432
James B. Zuckernik BBO#549571
**Robinson & Cole LLP**
One Boston Place
Boston, MA  02108
Telephone:  (617) 557-5900
Facsimile:  (617) 557-5999


Dated: March 31, 2006

**Certificate of Service**

    I, Clive D. Martin, certify that on this 31st day of March, 2006 I served copies of the Answer of Emmes Capital LLC on registered users of the U.S. Bankruptcy Court's CM/ECF system by electronic filing, and on others by first-class mail, postage prepaid, to:

| | |
|---|---|
| Georgia J. Asimakopoulos, Esq.<br>Looney & Grossman LLP<br>101 Arch Street<br>Boston, MA 02110 | John F. Davis, Esq.<br>P.O. Box 37<br>Beverly, MA 01915 |
| George J. Nader, Esq.<br>Riley & Dever, P.C.<br>Lynnfield Woods Office Park<br>210 Broadway, Suite 201<br>Lynnfield, MA 01940-2351 | Charles F. Houghton, Esq.<br>Robin Stein, Esq.<br>Law Offices of Charles F. Houghton<br>271 Main Street, Suite 202<br>Stoneham, MA 02180 |
| John P. Rauseo, Esq.<br>40 Salem Street<br>Lynnfield, MA 01940 | David B. Madoff, Esq.<br>Madoff & Khoury<br>124 Washington Street, Suite 202<br>Foxboro, MA 02035 |
| Essam Al-Tamimi<br>Trustee of Zinc Spur Realty Trust<br>P.O. Box 6343<br>Ketchum, ID | Bay State Framing, Inc.<br>27 Fuller Road<br>Middleton, MA 01949 |

7

| | |
|---|---|
| Beals & Thomas, Inc. | Mass. State Lottery Commissioner of Mass. |
| Reservoir Corporate Center | Department of the Treasurer and Receiver |
| 144 Turnpike Road | General of the Commonwealth of Mass. |
| Rte 9 | Boston, MA |
| Southboro, MA 01772 | |

/s/ Clive D. Martin
Clive D. Martin

8